For Clerk's Office Use

| Judge | Rec'd |
|-------|-------|
| J | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 5 2022

JULIA G. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

Tarek Z. Cherry                                    1433539
_____        _____
Plaintiff full name                                    Inmate No.

v.                                    CIVIL ACTION NO. _7:22 CV6_____

Unit Manager L. Collins, Lt D. Barton, C.o Hall, C.o
_____
Defendant(s) full name(s)

Kelly, Unit Manage Larry Collins, Rick White (Warden)
_____

*************************************************************************************

A. Current facility and address: _Red Onion State Prison_____

_____

B. Where did this action take place? _Level 4 im Closed Pod_____

C. Have you begun an action in state or federal court dealing with the same
   facts involved in this complaint?

   _____ Yes        ✓ No

   If your answer to A is Yes, answer the following:

   1. Court: _____

   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   ✓ Yes        _____ No

   1. If your answer is Yes, indicate the result:
      _I was told inmates are Not allowed to know_

      _what Goes on in Staff records_

   2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

While In Solitary Confinemet 2 officers in a highly secure Pod Let another Inmate (Roy Booth) into My Cell to assault Me.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

All doors are Chained and have to be Manuely Open during Shower time I was already in My Cell alone and they Opened the door after I was supposed to be Secured

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

i want to be Compensated for My Post-traumatic Experienc

G. If this case goes to trial do you request a trial by jury?   Yes ✓     No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 12/21/21 _____   SIGNATURE: _____

VERIFICATION:
I, ___Tarek K Cheely_____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 12/21/21 _____   SIGNATURE: _____

Tarek Cherry # 1433639
Red Onion State Person
P.O Box 970
Pound, Va 24279

VA DEPTARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE THE DEPARTMENT DOES
NOT ASSUME ANY RESPONSIBILITY
FOR IT'S CONTENTS



Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, Va 24011-2208

RECEIVED
DEC 29 2021
MAILROOM

24011$2108 C009