

VIRGINIA DEPARTMENT OF CORRECTIONS                                    Effective Date: December 1, 2010
**Regular Grievance**                                    Operating Procedure 866.1    Attachment 2

## REGULAR GRIEVANCE

Log Number: _____

| Cherry | Tarek | 1433539 | C,1,2,3 | 123 / B |
|--------|-------|---------|---------|---------|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.) On January 15, 2021 Between the hours of 10a.m $ 11a.m Concluding my shower time Officers Hall $ kelly Who Were inThe Booth at the time let unauthorized Into my Cell while I was already in there which led to A physical Altercation that put ME $ my LIFE In harms Way. While IN Solitary Confinement where im In a high security Pod (Level 4 IM-Closed) Stable Adjustment but my security Was Still Breached which Caused me Post-Traumatic Stress $ Emotional Distress. In a Situation where im In this Current Pod Because Im being Labeled a threat to security who's being held account-able For my security

**What action do you want taken?** I want to be Compensated For my Post traumatic Expierence $ I want this Facility held Responsible For their Actions,

Grievant's Signature: _Tarek Cherry_                Date: 2-8-21

Warden/Superintendent's Office: _____

Date Received: _____

*resubmit on updated attached form*

1 of 2                                                    Revision Date: 5/29/07



**VIRGINIA DEPARTMENT OF CORRECTIONS**
**Regular Grievance**

Effective Date: December 1, 2010
**Operating Procedure 866.1    Attachment 2**

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | **INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s): |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _____ Date: _____

| | |
|---|---|
|  | **If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.** |

Regional Review of Intake (within 5 working days of receipt)

| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
|---|---|
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____ Date: _____

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____ Date: _____

Staff Witness: _____ Date: _____

*Revision Date: 5/29/07*



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: ROSP Red Onion State Prison
Report generated by Meade, C
Report run on 02/23/2021 at 12:49 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Cherry, Tarek Z | 1433539 | **Current** Red Onion State Prison | | ROSP-21-REG-00049 |
| **Housing** | | ⌐ ied Red Onion State Prison | | |
| C-1-IMC Phase 1&2-123-B | | | | |

LEVEL I:    WARDEN/SUPERINTENDENT'S RESPONSE    (To be completed and mailed within 30 calendar days)

Grievance Summary: In your grievance, you state on January 15, 2021 between the hours of 10 AM and 11 AM concluding your shower time C/O's Hall and Kelly who were in the Control Booth at the time let an unauthorized Inmate into your cell while you were already inside. This lead to a physical altercation that put you and your life in harms way. While in "Solitary Confinement" where you are in a high security pod (Level 6 IM Closed) "stable adjustment" but your security was still breached which caused you Post Traumatic Stress and Emotional Distress. In a situation where you are currently labeled a threat to security, but who is being held accountable for putting your security in jeopardy?

Informal Summary: Your Informal Complaint was answered by Lt. D. Barton and he sates I am aware of the situation that happened and steps have been taken to make sure this does not happen in the future.

Investigation: Per Unit Manager L. Collins, staff involved in this incident were held accountable for their actions. Inmates are not allowed to know what goes in staff records. There have been steps taken to make sure this does not happen again.

Procedure/Practice: Operating Procedure regarding (Inmate Movement) govern this issue.

In accordance with the above information, this grievance is considered FOUNDED.

Remedy: Appropriate administrative action was taken. No further action appears to be necessary at this time.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Regional Admin. 5427 Peters Creeks Road-Suite 350, Roanoke, VA  24019-3891

| _S. Fuller, AW_ | _2/24/2021_ |
|---|---|
| Warden/Superintendent | Date |

I wish to appeal the Level I response because: I Fully understand the procedure & that Inmates aren't to know what Goes on in Staff records & Steps are being took to Make Sure this doesn't happen again but yet & Still it has already happened to Me & Im Currently dealing with my Pain & Suffering. What happens in the Future has Nothing to do with What Im Going Through in the present. My Security Was already Breached & Caused me Post Traumatic Stress & Emotional distress I Cant Even sleep without thinking C.O's are Going to let someOne in my cell.

| Offender Signature _Tarek Cherry_ | Date 2/25/21 |
|---|---|

**RECEIVED**
MAR 0 3 2021
OMBUDSMAN SERVICE UNIT
WESTERN REGION

Page 1 of 1

RECEIVED
BACK FROM
MAR 1 7 2021
REGIONAL OFFICE

Rev. 05/31/2007



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_4-17

# REGULAR GRIEVANCE

ROSP- 21- REG

Log Number: __00049__

| Cherry, Tarek | 1433639 | C | 123/B |
|---|---|---|---|
| Last Name, First | Number | Building | Cell/Bed Number |
| Officers Hall & Kelly | Jan 15, 2021 10a.m - 11a.m | | |
| Individuals Involved in Incident | Date/ Time of Incident | | |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) On January 15, 2021 Between the hours of 10a.m & 11a.m Concluding my shower time C/O Hall & Kelly who were in the Control Booth at the time let an unauthorized inmate into my Cell while I was already inside which led to a Physical Altercation that put ME & life in harms way. While in solitary Confinement where Im in a high security Pod (Level 6 IM-Closed) "stable Adjustment" but my security was still Breached which caused ME Post-Traumatic stress & Emotional Distress. IN a situation where Im Currently labeled a threat to security but who's being held accountable For putting my security in Jeopordy.

**What action do you want taken?** I want to be Compensated For my Post Traumatic Expierence & I want this Facility held accountable For their Faulty Actions.

RECEIVED
MAR 03 2021
OMBUDSMAN SERVICE UNIT
WESTERN REGION

RECEIVED
BACK FROM
MAR 17 2021
REGIONAL OFFICE

RECEIVED
FEB 12 2021
Grievance Dept.

Grievant's Signature: Tarek Cherry    Date: 2-9-21

Warden/Superintendent's Office: C. Meade

Date Received: 02/12/2021

1 of 2

Revision Date: 4/28/17



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_Pt_4-17

·**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| **INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s): | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. <br> ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. <br> ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information (Not to include Medical). You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _____ Date: _____

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| Regional Review of Intake (within 5 working days of receipt) | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1*Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____ Date: _____

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____ Date: _____

Staff Witness: _____ Date: _____

*Revision Date: 4/28/17*

## VIRGINIA
### DEPARTMENT OF CORRECTIONS

**Informal Complaint** 866_F3_4-16

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
An Informal Complaint is not required for an alleged incident of sexual abuse.

| Tarek Cherry | 1433539 | C123 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- ☐ Unit Manager/Supervisor
- ☐ Personal Property
- ☐ Medical Administrator
- ☐ Food Service
- ☐ Commissary
- ☑ Other (Please Specify): Security Operations
- ☐ Institutional Program Manager
- ☐ Mailroom

Briefly explain the nature of your complaint (be specific):

ON January 15 between the hour OF 10 A.m $ 11 a.m C.O Hall $ C.O Kelly let an Unauthorized inmate in My Cell Without properly Identifying Who he Was Which led to An Altercation that put Me IN harms Way When I was supposed to be in an highly secure Pod where inmates aren't supposed to have any Contact $ my door Was Still opened.

Offender Signature ___Tarek Cherry___     Date ___January 20, 21___

**Offenders - Do Not Write Below This Line**     ROSP-21-INF-

Date Received: ___1-21-21___                          Tracking # ___00124___
Response Due: ___2-5-21___        Assigned to: ___U.M.C___
Action Taken/Response:

I am aware of the situation that happened and steps have been taken to make sure this does not happen in the future.

RECEIVED
BACK FROM
MAR 17 2021
REGIONAL OFFICE

RECEIVED
FEB 1 2 2021
Grievance Dept.

RECEIVED
MAR 03 2021
OMBUDSMAN SERVICE UNIT
WESTERN REGION

Respondent Signature ___Lt. D Barton___

Lt. D Barton     1-27-21
Printed Name and Title          Date

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____        Date: _____

Staff Witness Signature: _____        Date: _____

Revision Date: 4/25/16



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1 A-7

DOC Location: WRO Western Regional Office

Report generated by Bivens, R H

Report run on 03/05/2021 at 09:25 AM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Cherry, Tarek Z | 1433539 | **Current** Red Onion State Prison | | ROSP-21-REG-00049 |
| **Housing** | | **Filed** Red Onion State Prison | | |
| C-1-IMC Phase 1&2-123-B | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

Your grievance appeal has been reviewed along with the response from the Level I respondent and your original complaint.

Based on the information provided, I am upholding the decision of the Level I respondent, which has determined that your grievance is **founded.**

Administrative Remedy, staff members advised to handle subtle concerns in an appropriate means.

In accordance with Operating Procedure 866.1, Offender Grievance Procedure, this is your **last level** of appeal.  You have exhausted all administrative remedies.

| Regional Administrator | Date |
|---|---|
| *CM/FPR* | 3/8/21 |

RECEIVED
BACK FROM

MAR 1 7 2021

REGIONAL OFFICE